IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| Benjamin "Frank" Wilson, | § | |
| *Plaintiff*, | § | |
| v. | § | Civil Action No. 3:24-cv-00718-E |
| Atlantic Aviation FBO Holdings, | § | |
| *Defendant*. | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The Court conducted an independent review of the pleadings, files and records in this case, and the Findings, Conclusions, and Recommendation of the United States Magistrate Judge dated November 3, 2025—(ECF No. 29). No objections were filed. The Court reviewed the proposed findings, conclusions, and recommendation for plain error. The Court has found no error in the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

The Court finds that the Findings and Recommendation of the Magistrate Judge are correct, and they are accepted as the Findings, Conclusions, and Recommendation of the Court. **IT IS, THEREFORE, ORDERED** that the Findings, Conclusions, and Recommendation of the United States Magistrate Judge are **ACCEPTED.** Plaintiff's Motion for Leave to Amend (ECF No. 7) is **GRANTED,** and Plaintiff's Motion to Remand (ECF No. 6) is therefore **GRANTED** due to the court no longer having subject-matter jurisdiction. This action is hereby **REMANDED** to state court.

(signature page follows)

**SO ORDERED.**

12th day of December, 2025.

_____
ADA BROWN
UNITED STATES DISTRICT JUDGE